Antonio Menchaca and Daniel Menchaca, Copartners, Doing Business under the Firm Name and Style of G. Menchaca y Compania, Respondents, v. Norbert B. Kates, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Howard Slade and Mary G. Slade, Respondents, v. Leo Oppenheimer, as Trustee in Bankruptcy of the Estate of Frank Squier, Bankrupt, Appellant, Impleaded with Frank Squier and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Julien J. Mason and Others, Respondents, v. Herman Fromme, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob Bashein and Others, Respondents, v. Rosanna Rosenfeld, Appellant, Impleaded with Bertha Feldmark and Others.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Gustav Bok, Appellant, v. Norbert B. Kates, Individually and as Trustee for the Creditors of the American Wax Match Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles M. Eaton, Appellant, v. Orient Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. William Manice, Appellant, v. William H. Powell and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Dwight W. Taylor, Appellant, v. William H. Powell and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Yetta Siegelman, Respondent, v. Abraham Waxman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edwin M. Post and Grove E. Warner, Respondents, v. Edward R. Thomas and Orlando F. Thomas, Appellants, Impleaded with Charles A. Hamilton.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York, Respondent, v. American Ice Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Federal Sugar Refining Company, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mollie O'Hara Seaton, Respondent, v. William R. Garrison, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Technical Press, Appellant, v. Sime J. Silverman, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Israel Benjamins, Respondent, v. Lizzie Benjamins (also Known as Lizzie Denemark), Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.